IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Circuit Court Order to Appear to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>in the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. 1:22-mc-00068 |

**Stipulation**

Fulton County District Attorney District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury, and Senator Lindsey Graham have reached an agreement to withdraw all process and proceedings pending in the United States District Court for the District of South Carolina (8:22-mc-00433-DCN) and the United States District Court for the District of Columbia (1:22-mc-00068), stipulating to the dismissal of any proceedings pending within the geographic scope of those jurisdictions, whether in state or federal court. Senator Graham has agreed to accept service of a subpoena for testimony from the Fulton County Special Purpose Grand Jury in Atlanta, Georgia, without waiving any challenges or any applicable privilege and/or immunity. The parties agree that any such challenges to the subpoena will be pursued in Fulton County Superior Court and/or the United States District Court for the Northern District of Georgia.

**[Signatures on following page.]**

**WE SO STIPULATE:**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Thomas William McGee, III*
   E. Bart Daniel, Federal Bar No. 403
   *Application for Admission Pro Hac Vice Forthcoming*
   E-Mail: bart.daniel@nelsonmullins.com
   Matt Austin, Federal Bar No. 11435
   *Application for Admission Pro Hac Vice Forthcoming*
   E-Mail: matt.austin@nelsonmullins.com
   151 Meeting Street / Sixth Floor
   Post Office Box 1806 (29402-1806)
   Charleston, SC  29401-2239
   (843) 853-5200

   Thomas William McGee, III
   Federal Bar No. 6876
   E-Mail: billy.mcgee@nelsonmullins.com
   Matthew A. Abee, Federal Bar No. 11747
   *Application for Admission Pro Hac Vice Forthcoming*
   E-Mail: matt.abee@nelsonmullins.com
   1320 Main Street / 17th Floor
   Post Office Box 11070 (29211-1070)
   Columbia, SC  29201
   (803) 799-2000

*Attorneys for Senator Lindsey O. Graham*

Charleston, South Carolina
July 22, 2022

**ACKNOWLEDGED
AND AGREED TO:**

DISTRICT ATTORNEY
ATLANTA JUDICIAL CIRCUIT

By: */s/ Fani T. Willis*
   Fani T. Willis
   District Attorney, Atlanta Judicial Circuit
   136 Pryor Street Southwest
   Third Floor
   Atlanta, Georgia 30303

*Fulton County District Attorney District Attorney Fani T. Willis, acting in her capacity as the legal advisor to the Fulton County Special Purpose Grand Jury*

Charleston, South Carolina
July 22, 2022